Case 22-30657 Document 1 Filed in TXSB on 03/15/22 Page 1 of 5

United States Courts
Southern District of Texas
F I L E D

MAR 15 2022

Nathan Ochsner, Clerk of Court

Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
                         (State)

Case number (if known) _____ Chapter _____

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  **Calamonda Trust #1**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  8 7 - 4 6 9 5 8 9 8

4. **Debtor's address**

   Principal place of business

   Number  Street
   P.O Box 60247
   HOUSTON    TX    77205
   City         State   ZIP Code

   HARRIS
   County

   Mailing address, if different from principal place of business

   Number  Street
   P.O. Box 60247
   P.O. Box
   HOUSTON    TX    77205
   City         State   ZIP Code

   Location of principal assets, if different from principal place of business
   1314 Fire Station Road, Currant Creek
   Number   Street

   Ely           Nevada    89301
   City          State     ZIP Code

5. **Debtor's website (URL)**  — N/A —

Debtor  GALAMOUDA TRUST #1                              Case number (if known) _____
        Name

6. Type of debtor

   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☒ Other. Specify: Charitable Religious Trust

7. Describe debtor's business

   A. Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. Check all that apply:
   ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.census.gov/naics/reference_files_tools/2017_NAICS_codes.htm
   1 1 2 4

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   Check one:
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. Check all that apply.

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor  Grandma Trust #1                              Case number (if known) _____

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
☒ No
☐ Yes  District_____ When __/__/____ Case number_____

If more than 2 cases, attach a separate list.
District_____ When __/__/____ Case number_____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
☒ No
☐ Yes  Debtor_____ Relationship_____
District_____ When __/__/____
Case number if known _____

List all cases. If more than 1, attach a separate list.

11. Why is the case filed in *this district*?
Check all that apply:
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
☐ No
☒ Yes  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock; seasonal goods; meat; dairy, produce; or securities-related assets or other options).
☐ Other _____

Where is the property? 1314 Fire Station Road, Currant Creek
Number    Street

Ely                                    NV    89301
City                                   State ZIP Code

Is the property insured?
☒ No
☐ Yes  Insurance company Sheep oak Nit
Contact name  Property Co

**Statistical and administrative information**

Debtor  __CALAMONDA TRUST #1__     Case number (if known) _____
        Name

13. **Debtor's estimation of available funds**

    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☒ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☒ ~~$100,000,001-$500 million~~ (struck through)
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☒ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☒ ~~$100,000,001-$500 million~~ (struck through)
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on __03 07 2022__
                 MM / DD / YYYY

    X __John E. Fiala Steward__         __John Fiala 'Steward'__
    Signature of authorized representative of debtor    Printed name

    Title __STEWARD / TRUSTEE__

| Debtor | CALAMONDA TRUST #1 | Case number (if known) |
|---|---|---|
| | Name | |

**1B. Signature of attorney**

✗ _____  Date _____
Signature of attorney for debtor            MM / DD / YYYY

Printed name
_____

Firm name
_____

Number    Street
_____

City                                    State    ZIP Code
_____

Contact phone                           Email address
_____

Bar number                              State
_____