United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § § § **CASE NO: 22-30657** **CALAMONDA TRUST #1,** § § Debtor. § § § § **CHAPTER 11** | |

## DISMISSAL ORDER

This chapter 11 case was filed on March 15, 2022. No filing fee has been paid. Accordingly, this case is dismissed with prejudice until the filing fee is paid. Debtor may pay the filing fee within 14 days of the date of the order and the Court shall vacate this order.

**IT IS THERFORE ORDERED** that this case is dismissed with prejudice until the filing fee has been paid.

**SO ORDERED**.

SIGNED 03/16/2022

_____
Jeffrey Norman
United States Bankruptcy Judge