**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **CASE NO.** |
| | § | |
| **CALAMONDA TRUST #1** | § | **22-30657 (JPN)** |
| | § | **(Chapter 11)** |
| | § | |
|    **DEBTOR** | § | |
| | § | |
| **WITNESSES:** | § | |
| | § | **JUDGE:** Jeffrey P. Norman |
| | § | **PARTY:** United States Trustee |
| John Fiala | § | **ATTORNEY:** Hector Duran |
| Any witness called by another party | § | **PHONE:** 713-718-4650 x 241 |
| Rebuttal witnesses | § | **NATURE OF PROCEEDING:** |
| | § | Order to Show Cause (Dkt. No. 5] |
| | § | **HEARING DATE:** March 25, 2022, at |
| | § | 9:30 a.m. |

## WITNESS AND EXHIBIT LIST OF UNITED STATES TRUSTEE

| NO | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Petition [Dkt. No. 1] | | | | | | |
| 2. | Order Vacating Dismissal and Setting Show Cause Hearing [Dkt. No. 5] | | | | | | |
| 3. | Docket Sheet for Case No. 22-30657 | | | | | | |
| 4. | Any exhibits used by another party | | | | | | |
| 5. | Any exhibit necessary for rebuttal or impeachment | | | | | | |

Dated: March 23, 2022                    Respectfully Submitted,

                                         KEVIN M. EPSTEIN
                                         UNITED STATES TRUSTEE

                                         By: /s/*Hector Duran*
                                                Hector Duran
                                                State Bar No. 00783996/Fed. ID No. 15243
                                                515 Rusk, Suite 3516
                                                Houston, Texas 77002
                                                (713) 718-4650 x 241
                                                (202) 527-4538 Mobile
                                                (713) 718-4670

CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 23rd day of March, 2022.

                                         /s/ *Hector Duran*
                                         Hector Duran, Trial Attorney

*PRO SE* DEBTOR:

Calamonda Trust #1
P.O. Box 60247
Houston, TX  77205

SUBCHAPTER V TRUSTEE:

Melissa A. Haselden              (Via Email at mhaselden@haseldenfarrow.com)
Haselden Farrow PLLC
Pennzoil Place
700 Milam, Suite 1300
Houston, TX  77002

2