United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 18, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-30657 |
| **CALAMONDA TRUST #1,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER VACATING DISMISSAL AND SETTING SHOW CAUSE HEARING

This chapter 11 case was filed on March 15, 2022. On March 16, 2022, this Court entered an order dismissing this case for the debtor's failure to pay the filing fee (ECF No. 3). The order also gave the debtor 14 days to pay the filing fee, at which time the Court would vacate the order. The filing fee was paid on March 17, 2022.

**ACCORDINGLY, IT IS ORDERED** that the order dismissing this case (ECF No. 3) is vacated.

**IT IS FURTHER ORDERED** that debtor shall appear and show cause why this case should not be dismissed due to the pro se filing.

**IT IS FURTHER ORDERED** that a hearing to address the terms of this show cause order shall be held at 9:30 a.m. on March 25, 2022, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.

Parties should consult the Court's website for instructions on appearing in court.[1] Parties may appear in person or virtually by video.

**SO ORDERED**.

SIGNED 03/17/2022

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman