PlnDue, DsclsDue

# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
### Bankruptcy Petition #: 22-30657

*Date filed:* 03/15/2022

*Assigned to:* Bankruptcy Judge Jeffrey P Norman
Chapter 11
Voluntary
Asset

| | |
|---|---|
| *Debtor*<br>**Calamonda Trust #1**<br>P.O. Box 60247<br>Houston, TX 77205<br>HARRIS-TX<br>Tax ID / EIN: 87-4695898 | represented by **Calamonda Trust #1**<br>PRO SE |
| *Trustee*<br>**Melissa A Haselden**<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002<br>832.819.1149 | |
| *U.S. Trustee*<br>**US Trustee**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650 | represented by **Hector Duran, Jr**<br>U.S. Trustee<br>515 Rusk<br>Ste 3516<br>Houston, Tx 77002<br>7137184650<br>Email: Hector.Duran.Jr@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/15/2022 | [1](#)<br>(5 pgs) | Chapter 11 Voluntary Petition Non-Individual Receipt Number o, Fee Amount $1738 Filed by Calamonda Trust #1 . (JacquelineMata) (Entered: 03/15/2022) |
| 03/15/2022 | [2](#)<br>(2 pgs) | Order to Debtor in Possession in a Small Business Case Subchapter V and Setting Status Conference Hearing Signed on 3/15/2022 (Related document(s):[1](#) Voluntary Petition (Chapter 11)) Hearing scheduled for 5/11/2022 at 11:00 AM at Houston, Courtroom 403 (JPN). (mrios) (Entered: 03/15/2022) |
| 03/15/2022 | | Plan or Disclosure Statement Deadline Updated (Related document(s):[1](#) Voluntary Petition (Chapter 11)) Chapter 11 Plan due by 6/13/2022. (mrios) (Entered: 03/15/2022) |

| | | |
|---|---|---|
| 03/15/2022 | | Notice of Appearance and Request for Notice Filed by Hector Duran Jr (Duran, Hector) (Entered: 03/15/2022) |
| 03/16/2022 | [3](#) (1 pg) | Order Dismissing Debtor Barred Debtor Calamonda Trust #1 starting 3/16/2022 to 3/16/2023 Signed on 3/16/2022 (Related document(s):[1](#) Voluntary Petition (Chapter 11)) (mrios) Debtor dismissed with prejudice until the filing fee is paid. (Entered: 03/16/2022) |
| 03/17/2022 | | Receipt Number HOU190854, Fee Amount $1738.00. (Related document(s):[1](#) Voluntary Petition (Chapter 11)) (JacquelineMata) (Entered: 03/17/2022) |
| 03/17/2022 | [4](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s):[2](#) Order Setting Hearing) No. of Notices: 1. Notice Date 03/17/2022. (Admin.) (Entered: 03/17/2022) |
| 03/17/2022 | [5](#) (1 pg) | Order Vacating Order of Dismissal and Setting Show Cause Hearing. Signed on 3/17/2022 (Related document(s):[3](#) Order Dismissing Debtor(s)) (mrios) (Entered: 03/18/2022) |
| 03/17/2022 | | Hearing Set On (Related document(s):[1](#) Voluntary Petition (Chapter 11)) Show Cause hearing to be held on 3/25/2022 at 09:30 AM at Houston, Courtroom 403 (JPN). (mrios) (Entered: 03/18/2022) |
| 03/18/2022 | [6](#) (4 pgs; 2 docs) | Notice of Appointment of Chapter 11 Subchapter V Trustee. Melissa A Haselden added to case as trustee. (Attachments: # [1](#) Verified Statement) (Duran, Hector) (Entered: 03/18/2022) |
| 03/18/2022 | [7](#) (2 pgs) | BNC Certificate of Mailing. (Related document(s):[3](#) Order Dismissing Debtor(s)) No. of Notices: 1. Notice Date 03/18/2022. (Admin.) (Entered: 03/18/2022) |
| 03/20/2022 | [8](#) (2 pgs) | BNC Certificate of Mailing. (Related document(s):[5](#) Order Vacating Order) No. of Notices: 1. Notice Date 03/20/2022. (Admin.) (Entered: 03/20/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/23/2022 23:26:34 | | | |
| **PACER Login:** | HDfatboy111 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 22-30657 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |