United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| **CALAMONDA TRUST #1** | § | **22-30657 (JPN)** |
| | § | **(Chapter 11)** |
| DEBTOR | § | |

## ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE
### [Relates to Dkt. No. 5]

CAME ON for consideration the *Order Vacating Dismissal and Setting Show Cause Hearing* [Dkt. No. 5] and the Response of the United States Trustee to the Show Cause Order and Request for Entry of Order Dismissing Case with Prejudice [Dkt. No. 9], due notice and opportunity for a hearing having been given to all parties-in-interest and it having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. § 1112(b) and (e) and BLR 1017-2(a) for dismissal, it is hereby

**ORDERED** that this chapter 11 case is **DISMISSED** with a bar to refiling for a period of 365 days from the date of entry of this Order.

Signed: March 25, 2022

Jeffrey P. Norman
United States Bankruptcy Judge